[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-14814
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 18, 2012
JOHN LEY
CLERK

D.C. Docket No.  8:10-cr-00057-JSM-TBM-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE LATIMER, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 18, 2012)

Before MARCUS, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Grady C. Irvin, Jr. appointed counsel for Willie Latimer, Jr., has filed a

renewed motion to withdraw on appeal supported by a brief prepared pursuant to

*Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our

independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's renewed motion to withdraw is **GRANTED**, and Latimer's conviction and sentence are **AFFIRMED**.